UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Stephen Brown

v.                                                                                      Case Number: 2:17–cv–00325

The Water's Edge, et al.

---

NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nelva Gonzales Ramos

**PLACE:**

United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX

**DATE:** 2/2/2018

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Initial Conference


Date:    January 2, 2018

                                                                        David J. Bradley, Clerk